UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEWART LEE BRASWELL,

    Plaintiff,

v.                                             Case No. 8:08-CV-862-30EAJ

HILLSBOROUGH COUNTY JAIL,

    Defendant.
_____/

## ORDER

THIS matter is before the Court for consideration of Plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983 (Dkt. 2), and Motion to Proceed *In Forma Pauperis* (Dkt. 3). Having undertaken the screening of Plaintiff's *pro se* complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court finds, for reasons discussed below, that the complaint should be dismissed prior to service of process.

Plaintiff seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915. Section 1915(e)(2) provides, in pertinent part, that:

> Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that--
>
> (A) the allegation of poverty is untrue; or
>
> (B) the action or appeal-- (I) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such

relief.

Plaintiff names Hillsborough County Jail as defendant and asserts:

> In the month of Dec. the jail house T.V. media kept on harrassing [sic] me about being on there [sic] T.V. and told them no but they kept on filming me anyway an [sic] they use office [sic] to false [sic] write my handwritting [sic] on paper so they can put me on there [sic] T.V.
>
> Hillsborough County Jail had no right to have T.V. Media in ISO putting me on T.V. without me signing medic [sic] consent paper for them to do so.

(Dkt. 2 at 5-6).

This Court has held:

> [T]he Hillsborough County Jail is not an actionable legal entity because it does not have a separate legal existence independent of the county or the Sheriff's office. The jail is a detention facility under the direction and operation of the Hillsborough County Sheriff. The capacity of a governmental corporation to be sued in federal court is governed by the law of the state in which the district court is located. *Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992). Florida law does not recognize a jail facility as a legal entity separate and apart from the Sheriff charged with the jail's operation and control. Therefore, [Plaintiff's] claims against the Hillsborough County Jail are frivolous. *See also Mayes v. Elrod*, 470 F. Supp. 1188, 1192 (N.D. Ill. 1979).

*Stephens v. Hillsborough County Sheriff's Office*, 2006 U.S. Dist. LEXIS 89438, *11-12 (M.D. Fla. Dec. 11, 2006).

ACCORDINGLY, the Court **ORDERS** that:
1. Plaintiff's complaint (Dkt. 2) is **DISMISSED** as frivolous.

2

    2.       The Clerk of the Court is directed to enter judgment against Plaintiff, terminate all pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 8, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*